1 | Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
2 | Orange, CA 92868
Phone (714) 621-0200
3 | Fax   (714) 621-0277

FILED
FEB 18 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

4    **United States Bankruptcy Court**
     **Central District of California**

6                                           ) Chapter 13
                                            )
7  KRISTINA MAUREEN ADAMS                   ) Case No.: 8:07-bk-11220-RK
                                            )
8                                           ) **NOTICE OF UNCLAIMED DIVIDEND**
                                            ) **(Bankruptcy Rule 3011)**
9                                           )
                                            )
10                                          )
                                            )
11 _____

12   TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13   Please find annexed hereto Check No. **300674** in the sum of **$500.00**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17   KRISTINA MAUREEN ADAMS
     530 WOODLAND STREET
18   ORANGE, CA 928690000

20 Date: February 14, 2010          _____
                                    Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0711220 | KRISTINA MAUREEN ADAMS ACCT: | Claim: 00000 | XXX-XX-2393 | 500.00 | 0.00 | 500.00 |
| | | TOTALS | | 500.00 | 0.00 | 500.00 |

KRISTINA MAUREEN ADAMS

BALANCE: [0.00  13/00000]
SSN: XXX-XX-2393     SSN:
ACCT:                          CASE: 0711220
PRINCIPAL:      500.00    INTEREST:         0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND AMRANE COHEN APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0300674

Feb 14, 2010

VOID 90 DAYS FROM DATE

*******$500.00

**PAY**   Five Hundred And 00 / 100 Dollars

**TO THE ORDER OF**   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0300674⑈ ⑆061100790⑆ 000000575186 2⑈